UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN HOFFMAN,<br><br>                   Plaintiff,<br><br>    v.<br><br>FRANK STRAUB, JR., et al.,<br><br>                   Defendant. | NO:  2:13-CV-5066-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is Magistrate Judge Rodgers' Report and Recommendation to grant the parties' stipulated for dismissal. (ECF No. 54). Plaintiff appears *pro se*.  Defendants are represented by Nathaniel J. Odle.  There being no objections to the Report and Recommendation, the Court adopts the Report and Recommendation in its entirety and dismisses this action with prejudice.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** Magistrate Judge Rodgers' Report and Recommendation (ECF No. 54).

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

2.  The parties' stipulated motion for dismissal (ECF No. 53) is **GRANTED.**

3.  Plaintiff's Complaint (ECF No. 14) is **DISMISSED WITH PREJUDICE**.

4.  All hearings and other deadlines are **STRICKEN**.

The District Court Executive is hereby directed to enter this Order, furnish copies to the parties, and close the file.

**DATED** October 3, 2014.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2